IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re:  GREGORY MICEK | § | Case No. 20-32441-H5-11 |
| | § | |
| Debtor | § | |
| | § | Chapter 11 |

### ORDER CONTINUING HEARING

CAEM ON for consideration the emergency motion of Gregory Micek (the "Debtor") to continue the confirmation hearing set for April 29, 2021, and for the reasons stated in the motion and the agreement of the secured creditors, this court has determined that the motion should be granted.  It is therefore

ORDERED, that the confirmation hearing on April 29, 2021, is rescheduled for _____, 2021, at _____ o'clock \_\_\_.m.

Dated: _____, 2021

_____
Jeffrey P. Norman
United States Bankruptcy Judge