IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Case No. 20-32441-H5-11** |
| | § | **Chapter 11** |
| **Micek, Gregory** | § | |
| | § | |
| **Debtor** | § | |

### NOTICE OF RE-SCHEDULED HEARING ON CONFIRMATION

Please take notice that the April 29, 2021, hearing on the Confirmation of the Debtor's Chapter 11 Plan of Reorganization is re-scheduled for 05/13/2021 at 11:30 a.m. and will be held **electronically.**

**The order setting the hearing is attached hereto.**

**To participate electronically, parties must follow the instructions set forth on Judge Norman's web page located at:**

https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-p-norman

**Parties are additionally instructed:**

The dial in number for hearings before Judge Norman is 712.770.8095 and the conference room number is 159497; and

For video appearances and witness testimony, parties are to utilize the **GoToMeeting** web-based application and enter conference code:  judgenorman.

Dated:  April 26, 2021

Respectfully submitted,

*/s/ Reese Baker*
Reese Baker
Texas Bar No. 01587700
Baker & Associates
950 Echo Lane Suite 300
Houston, TX 77024
Telephone: (713) 979-2279
Fax: (713) 869-9100
courtdocs@bakerassociates.net

## CERTIFICATE OF SERVICE

I certify that on April 26, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Reese Baker*
Reese Baker